IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| V.K., | : |
|     Petitioner, | : |
| v. | :   Case No. 4:25-cv-262-CDL-AGH |
| | :   28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, *et. al*, | : |
|     Respondents. | : |

## **<u>ORDER</u>**

Before the Court is Respondents' motion for leave to file a surreply (ECF No. 7). Respondents wish to file the surreply to "supplement and correct the factual record and address the limited issue of the circumstances surrounding Petitioner's re-detention and any purported legal claims arising form that re-detention that Petitioner raised in his Reply []." Resp'ts' Mot. to File Surreply 1, ECF No. 7.  Respondents' motion for leave to file a surreply within seven days is **GRANTED**.

However, Respondents should understand that the Court's granting of the motion for leave to file a surreply should not be construed as staying the scheduling of the hearing. The Court intends to go forward with the evidentiary hearing, and Respondents are not relieved of their obligation to comply with the Court's Order (ECF No. 6), including the submission of a joint report to the Court and cooperation with the Clerk regarding scheduling. If at some point, the Court concludes that an evidentiary hearing is not warranted, it will so advise the parties.

**SO ORDERED**, this 18th day of September, 2025.

                                               s/ *Amelia G. Helmick*
                                               UNITED STATES MAGISTRATE JUDGE