**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| V.K., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 4:25-cv-262-CDL-AGH |
| | : | 28 U.S.C. § 2241 |
| Warden, STEWART DETENTION | : | |
| CENTER, *et. al*, | : | |
| | : | |
| Respondents. | : | |

## ORDER

The Court will hold an evidentiary hearing in this case at 11:00 a.m. on Thursday, October 30, 2025, in the Columbus Division of the Middle District of Georgia. Respondents are **ORDERED** to produce Petitioner to the Court not later than 10:00 a.m. on October 30, 2025, and return Petitioner to the custody from whence he came when his presence in the above-stated case is no longer required.

**SO ORDERED**, this 26th day of September, 2025.

 s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE