IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| VLADIMIR KIM, | * |
| Petitioner, | * |
| v. | Case No. 4:25-cv-262 (CDL) |
| | * |
| WARDEN STEWART DETENTION CENTER, *et al.*, | * |
| Respondents. | * |

## J U D G M E N T

Pursuant to this Court's Order dated January 29, 2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 29th day of January 2026.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk